IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN HAMILTON, aka JOHN WAYNE
HAMILTON,

    Plaintiff,

v.                                                     Case No. 4:20-cv-422-AW-MAF

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

John Hamilton sued the State of Florida, one of its judges (in her individual capacity), state agencies, and others, seeking to overturn a state court judgment from more than a decade ago. The relief he seeks is that "all cases that concerns the Hamilton Estate, Family should be overturn[ed] from 2006 through 2009 Because of my death in a case concerning Judge Patricia Thomas violation of civil rights." ECF No. 1 at 13.

The magistrate judge recommends dismissal. ECF No. 6. I have carefully considered the Report and Recommendation, and I have considered de novo the issues raised in Hamilton's objection. ECF No. 8. I agree that dismissal is appropriate.

As the magistrate judge correctly notes, at the heart of this case is Hamilton's effort to overturn state court judgments. This court does not have jurisdiction to

1

review state court judgments. In addition, to the extent Hamilton sues the judge, the judge has judicial immunity. Numerous other defendants are not subject to suit because they are not "persons" under § 1983 (and most do not have facts alleged involving them). At bottom, Hamilton cannot succeed.

The Report and Recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says, "The claims against Judge Thomas in her individual capacity are dismissed on the merits. The remainder of the case is dismissed for lack of jurisdiction because it seeks review of one or more state court judgments." The clerk will then close the file.

SO ORDERED on October 1, 2020.

                                      s/ *Allen Winsor*
                                      United States District Judge